14502.  THOMPSON v. REYNOLDS AUTO CO.

STEPHENS, J.  1. The defendant, having dissolved the garnishment and thereby become a party to the garnishment proceedings, could thereafter, upon the trial of the issue formed in such proceedings and before judgment, except to the affidavit and bond for garnishment. *Leake* v. *Tyner,* 112 *Ga.* 919 (38 S. E. 343).

2. The affidavit, as the basis for the issuance of the summons of garnishment, having been subscribed to before a commercial notary public, who under the law was not authorized to take such affidavits (Civil Code of 1910, § 622), was defective, and the garnishment proceedings were thereby rendered void ab initio; and the court erred in not dismissing the same upon motion or demurrer duly made by the defendant.

*Judgment reversed. Jenkins, P. J., and Bell, J., concur.*

DECIDED FEBRUARY 8, 1924.

Garnishment; from city court of Eastman—Judge Sturgis presiding. February 24, 1923.

*J. H. Roberts, D. D. Smith,* for plaintiff in error.

*C. W. Atwill,* contra.